DISTRICT JUDGE BENJAMIN H. SETTLE
MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW G. SILVA,<br><br>    Plaintiff,<br><br>v.<br><br>ROB MCKENNA, et al.,<br><br>    Defendants. | NO. C12-5924-BHS-KLS<br><br>DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND |

COME NOW Defendants Robert M. McKenna, Tim Lang, Douglas Carr, Andrea Vingo, Dawn Thompson, and Lori Scamahorn, by and through their attorneys, ROBERT M. MCKENNA, Attorney General, and JOHN C. DITTMAN, Assistant Attorney General, and submit the following answer and affirmative defenses to Plaintiff's Civil Rights Complaint dated June 4, 2012.

**ANSWER**

I. **JURISDICTION, PARTIES AND VENUE**

Paragraph 1.1    Defendants admit that this Court has jurisdiction in this matter.

Paragraph 1.2    Defendants admit that Plaintiff was an inmate at the Coyote Ridge Corrections Center and has been transferred on more than one occasion.

Paragraph 1.3    Defendants admit that Robert M. McKenna is the Attorney General of Washington State. Defendants neither admit nor deny the remainder of the allegation

DEFENDANTS' ANSWER,
AFFIRMATIVE DEFENSES AND JURY
DEMAND
NO. C12-5924-BHS-KLS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

contained in Section II, Paragraph 1.3, of Plaintiff's Complaint as it calls for a legal conclusion.

Paragraph 1.4    Defendants admit that Tim Lang is a Senior Assistant Attorney General with the Corrections Division of the Attorney General's Office and has supervisory authority over Defendants Carr and Vingo.

Paragraph 1.5    Defendants admit that Douglas Carr is an Assistant Attorney General with the Corrections Division of the Attorney General's Office.

Paragraph 1.6    Defendants admit that Andrea Vingo is an Assistant Attorney General with the Corrections Division of the Attorney General's Office.

Paragraph 1.7    Defendants deny that Dawn Thompson is the Inmate Trust Account Manager and responsible for inmate accounts.

Paragraph 1.8    Defendants admit that Lori Scamahorn is a Grievance Coordinator at the Washington State Penitentiary.

Paragraph 1.9    Defendants are without sufficient knowledge or information to form a belief as to the accuracy of Plaintiff's claim and therefore deny this allegation.

## II.    **OPERATIVE FACTS**

Paragraph 2.1    Defendants admit the factual allegations contained in Section II, Paragraph 2.1 of Plaintiff's Complaint.

Paragraph 2.2    Defendants admit the factual allegations contained in Section II, Paragraph 2.2 of Plaintiff's Complaint.

Paragraph 2.3    Defendants deny the factual allegations contained in Section II, Paragraph 2.3 of Plaintiff's Complaint.

Paragraph 2.4    Defendants admit that at all times material to Plaintiff's complaint, Defendants Lang, Carr, and Vingo were aware that Plaintiff was pursuing grievances and litigation. Defendants admit that Defendants Thompson and Scamahorn were aware that

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND
NO. C12-5924-BHS-KLS

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1  Plaintiff had pursued grievances and litigation. Defendants admit that Defendant McKenna
2  was aware that Plaintiff has pursued litigation.
3        Paragraph 2.5    Defendants deny the factual allegations contained in Section II,
4  Paragraph 2.5 of Plaintiff's Complaint.
5        Paragraph 2.6    Defendants deny the factual allegations contained in Section II,
6  Paragraph 2.6 of Plaintiff's Complaint.
7        Paragraph 2.7    Defendants deny the factual allegations contained in Section II,
8  Paragraph 2.7 of Plaintiff's Complaint.
9        Paragraph 2.8    Defendants admit that judgments were entered.
10       Paragraph 2.9    Defendants deny the factual allegations contained in Section II,
11 Paragraph 2.9 of Plaintiff's Complaint.
12       Paragraph 2.10  Defendants deny the factual allegations contained in Section II,
13 Paragraph 2.10 of Plaintiff's Complaint.
14       Paragraph 2.11  Defendants deny the factual allegations contained in Section II,
15 Paragraph 2.11 of Plaintiff's Complaint.
16       Paragraph 2.12  Defendants neither admit nor deny the allegation contained in Section
17 II, Paragraph 2.12, of Plaintiff's Complaint as it calls for a legal conclusion.
18       Paragraph 2.13  Defendants deny the factual allegations contained in Section II,
19 Paragraph 2.13 of Plaintiff's Complaint.
20       Paragraph 2.14  Defendants deny the factual allegations contained in Section II,
21 Paragraph 2.14 of Plaintiff's Complaint.
22       Paragraph 2.15  Defendants deny the factual allegations contained in Section II,
23 Paragraph 2.15 of Plaintiff's Complaint.
24       Paragraph 2.16  Defendants deny the factual allegations contained in Section II,
25 Paragraph 2.16 of Plaintiff's Complaint.
26

DEFENDANTS' ANSWER,
AFFIRMATIVE DEFENSES AND JURY
DEMAND
NO. C12-5924-BHS-KLS

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1       Paragraph 2.17 Defendants deny the factual allegations contained in Section II, Paragraph 2.17 of Plaintiff's Complaint.

      Paragraph 2.18 Defendants are without sufficient knowledge or information to form a belief as to the accuracy of Plaintiff's claim and therefore deny same.

      Paragraph 2.19 Defendants deny the factual allegations contained in Section II, Paragraph 2.19 of Plaintiff's Complaint.

      Paragraph 2.20 Defendants deny the factual allegations contained in Section II, Paragraph 2.20 of Plaintiff's Complaint.

      Paragraph 2.21 Defendants admit that Plaintiff complained concerning the handling of the funds.

      Paragraph 2.22 Defendants deny the factual allegations contained in Section II, Paragraph 2.22 of Plaintiff's Complaint.

      Paragraph 2.23 Defendants deny the factual allegations contained in Section II, Paragraph 2.23 of Plaintiff's Complaint.

      Paragraph 2.24 Defendants deny the factual allegations contained in Section II, Paragraph 2.24 of Plaintiff's Complaint.

      Paragraph 2.25 Defendants deny the factual allegations contained in Section II, Paragraph 2.25 of Plaintiff's Complaint.

      Paragraph 2.26 Defendants deny the factual allegations contained in Section II, Paragraph 2.26 of Plaintiff's Complaint.

      Paragraph 2.27 Defendants deny the factual allegations contained in Section II, Paragraph 2.27 of Plaintiff's Complaint.

      Paragraph 2.28 Defendants are without sufficient knowledge or information to form a belief as to the accuracy of Plaintiff's claim and therefore deny the same.

      Paragraph 2.29 Defendants deny the factual allegations contained in Section II, Paragraph 2.29 of Plaintiff's Complaint.

DEFENDANTS' ANSWER,
AFFIRMATIVE DEFENSES AND JURY
DEMAND
NO. C12-5924-BHS-KLS

4

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445


### III. CAUSES OF ACTION

#### Count One - Conversion

Paragraph 3.1   Defendants deny the factual allegations contained in Section III, Paragraph 3.1 of Plaintiff's Complaint.

#### Count Two - Negligence

Paragraph 3.2   Defendants deny the factual allegations contained in Section III, Paragraph 3.2 of Plaintiff's Complaint.

#### Count Three - Retaliation

Paragraph 3.3   Defendants deny the factual allegations contained in Section III, Paragraph 3.3 of Plaintiff's Complaint.

#### Count Four – Equal Protection

Paragraph 3.4   Defendants deny the factual allegations contained in Section III, Paragraph 3.4 of Plaintiff's Complaint.

#### Count Five – Freedom Of Religion

Paragraph 3.5   Defendants deny the factual allegations contained in Section III, Paragraph 3.5 of Plaintiff's Complaint.

### IV. REQUESTS FOR RELIEF

Defendants deny that Plaintiff is entitled to any or all of the relief he seeks.

**ALLEGATIONS NOT EXPRESSLY ADMITTED ARE DENIED**

Defendants deny any and all allegations set forth in Plaintiff's Complaint that Defendants do not expressly admit above.

**AFFIRMATIVE DEFENSES**

**1.   IMMUNITY**

All Defendants are entitled to immunity/qualified immunity from Plaintiff's damage claims.

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND
NO. C12-5924-BHS-KLS

5

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

**2. FAILURE TO STATE A CLAIM**

Plaintiff has failed to state a claim upon which relief may be granted.

**3. STATUTE OF LIMITATIONS**

Plaintiff's claims are barred in whole or part by the Statute of Limitations.

**4. SETOFF**

Defendants are entitled to an offset from any awards to Plaintiff herein and/or recovery of back monies paid to or owed by Plaintiff.

**5. MITIGATION/COMPARATIVE FAULT**

If the Plaintiff suffered any damages, recovery therefor is barred by Plaintiff's failure to mitigate said damages or these damages were proximately caused or contributed to by the fault of Plaintiff.

Defendants reserve the right to conduct further discovery and amend their answers to include new additional defenses disclosed during the course of the same.

WHEREFORE, having fully answered the Complaint of Plaintiff and having stated affirmative defenses, the Defendants pray for judgment dismissing the Complaint and action with prejudice, directing that the Plaintiff take nothing thereby, and awarding Defendants costs and reasonable attorney's fees herein.

//
//
//
//
//
//
//

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND
NO. C12-5924-BHS-KLS

6

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

**JURY DEMAND**

Should this matter proceed to trial, Defendants demand that all issues of fact be determined by a jury.

RESPECTFULLY SUBMITTED this 25th day of October, 2012.

    ROBERT M. MCKENNA
    Attorney General

    s/ John C. Dittman
    JOHN C. DITTMAN, WSBA #32094
    Assistant Attorney General
    JohnD2@atg.wa.gov

DEFENDANTS' ANSWER,
AFFIRMATIVE DEFENSES AND JURY
DEMAND
NO. C12-5924-BHS-KLS

7

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

## CERTIFICATE OF SERVICE

I certify that on the date below I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

MATTHEW G. SILVA  DOC #957176
WASHINGTON STATE PENITENTIARY
1313 NORTH 13TH AVENUE
WALLA WALLA WA  99362

EXECUTED this 25th day of October, 2012, at Olympia, Washington.

s/ Judy Lonborg
JUDY LONBORG
Legal Assistant

DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND
NO. C12-5924-BHS-KLS

8

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445