UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW G. SILVA,

        Plaintiff,

v.

ROBERT M. MCKENNA, et al.,

        Defendants.

CASE NO. C12-5924 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The parties' Stipulation for Order of Dismissal (ECF No. 8) is **GRANTED** and this matter is **DISMISSED with prejudice**, with each party to bear their own costs and fees.

Dated this 21st day May, 2013.

                                         BENJAMIN H. SETTLE
                                         United States District Judge

ORDER